**Order entered August 5, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00509-CV**

**IN THE INTEREST OF K.C.F. AND M.C.F., CHILDREN**

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-12943-V**

## ORDER

Before the Court is appellant's motion for a two-week extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 16, 2022.

/s/    LESLIE OSBORNE
       JUSTICE